1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL KIM, individually, and on behalf of all others similarly situated, | Case No. 2:17-cv-09247-FMO-E |
| Plaintiff, | **ORDER GRANTING STIPULATION [46] TO STAY ACTION PENDING MEDIATION** |
| v. | *Complaint Filed:*  November 27, 2017 |
| SHERATON OPERATING CORPORATION, and DOES 1 to 50, inclusive, | *FAC Filed:*  January 26, 2018 |
| Defendants. | *SAC Filed:*  July 9, 2018 |

ORDER GRANTING STIPULATION TO STAY ACTION PENDING MEDIATION
47628103v.1

1  The Court, having reviewed the Parties' Stipulation to Stay Action Pending
2  Mediation, and for good cause appearing, orders as follows:
3  (1) The Court shall stay all proceedings in this matter pending until September
4  8, 2018;
5  (2) Defendant's response to the SAC, and all other deadlines, shall be deferred
6  as set forth in the concurrently filed Joint Stipulation pending the Parties' Mediation on
7  September 7, 2018, with the Parties to update the Court on status by September 13, 2018;
8  (3) The following deadlines shall be extended as follows: discovery deadline
9  shall be extended by two (2) months from September 28, 2018 to November 28, 2018,
10 Expert discovery from December 17, 2018 to February 17, 2019, Expert Witness
11 Disclosures from October 15, 2018 to December 15, 2018, Rebuttal Expert Witness
12 Disclosures from November 15, 2018 to January 15, 2019, the Motion for Class
13 Certification deadline from January 18, 2019 to March 18, 2019, and the Motion for
14 Summary Judgment deadline from February 15, 2019 to April 15, 2019.
15 **IT IS SO ORDERED.**
16
17 Dated: July 19, 2018          By:_____/s/_____
18                                    Honorable Fernando M. Olguin
                                       United States District Judge